IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00138-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| CHRISTOPHER REED, JR., | ) | |
| Defendant | ) | |

This matter is before the Court on the motion of defendant to seal defendant's Motion to Seal, Motion for Variance/Memorandum with Exhibits, and the order to seal same. The Government does not object to this motion.

It is hereby ordered that the Motion to Seal defendant's Motion for Variance/Memorandum with Exhibits is ALLOWED.

This the  31st  day of         January                , 2019.

_____
The Honorable Louise W. Flanagan
U.S. District Court Judge

1